UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    3:24-CR-**78** |
| V. | ) |
| | )    JUDGES Crytzer/Poplin |
| MARK O'NEIL ROBINSON, | ) |
| CHRISTOPHER HAROLD ROBERTS, | ) |
| BRIAN KIRKSEY, and | ) |
| DONNIE LEE OLIVER, | ) |
| |          (SEALED) |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its counsel, Kevin S. Quencer, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter. The defendants are not in custody. The United States seeks arrests warrant authorizing the arrest of the defendants. So as not to alert the defendants in advance of their pending arrest, it is respectfully requested that the court seal the indictment and this case until such time as the defendants are arrested and this court orders the indictment and case unsealed.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: _____ Keith H. Cook
       Kevin S. Quencer
       Assistant United States Attorney