UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 3:24-CR-78 |
| ) | |
| V. ) | JUDGES Crytzer/Poplin |
| ) | |
| MARK O'NEIL ROBINSON, ) | |
| CHRISTOPHER HAROLD ROBERTS, ) | |
| BRIAN KIRKSEY, and ) | |
| DONNIE LEE OLIVER, ) | (SEALED) |

## SEALING ORDER

For good cause shown, the Court finds that it is proper to Order that the Indictment be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

This 18th day of July, 2024.

JILL E MCCOOK
United States Magistrate Judge