# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DONNIE OLIVER<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:24-CR-78<br><br>**SEALED** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DONNIE OLIVER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A). - Conspiracy to knowingly and intentionally distribute fifty (50) grams or more of methamphetamine

21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B) - Conspiracy to knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl

Date: 7/18/24

City and state: Knoxville, TN

*Issuing officer's signature*

LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: 8/5/24

*Arresting officer's signature*

ALEXIS RODRIGUEZ DUSM
*Printed name and title*

FID: 116916219
2474-0719-1039-J